AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| TORON CROCKER | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Case No.  17- 32 M

CR 17-10-UNA

REDACTED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____10/8/15 to 10/26/15____ in the county of ____New Castle____ in the

____ District of ____Delaware____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(a) & (e) | Production of Child Pornography |

*(stamp:)* FILED / CLERK U.S. DISTRICT COURT / DISTRICT OF DELAWARE / 2017 FEB -8 PM 3:36

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Special Agent Michael Lipsner
_Printed name and title_

Sworn to before me and signed in my presence.

Date: ____02/08/2017____

_____
_Judge's signature_

City and state: ____Wilmington, Delaware____

The Honorable Sherry R. Fallon
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

### INTRODUCTION

I, Michael Lipsner ("Your Affiant"), a Special Agent with the Federal Bureau of Investigation ("FBI"), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows:

1.      Your Affiant has been a Special Agent ("SA") with the FBI since September 23, 2012.   I am currently investigating federal violations of criminal law that relate to child pornography and the sexual exploitation of children. I have gained experience in this field through training in seminars, classes, and daily work related to conducting these types of investigations. I have also participated in the execution of numerous search warrants, of which many have involved child exploitation and/or child pornography offenses.  In the course of my employment with the FBI, I have also participated in the execution of numerous search warrants resulting in the seizure of computers, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws; I have also had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.  As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

2.      This Affidavit is being submitted in support of a criminal complaint charging TORON CROCKER, born in 1985, of Wilmington, Delaware, with violating Title 18, United States Code, Sections 2251(a) and (e), which prohibits the production of child pornography. I submit that, based on the information contained within this Affidavit, there is probable cause to charge this offense.  In particular, as set forth below, pursuant to two related FBI investigations in

1

the Western District of Virginia and the Northern District of Georgia, Your Affiant obtained two videos produced by an individual I believe to be TORON CROCKER.    In these videos, CROCKER has sexual relations with a prepubescent minor child that I believe to be his daughter: in the first, the minor girl performs oral sex on CROCKER; in the second, CROCKER rubs his erect penis on the minor girl's buttocks.

3.      The statements contained in this affidavit are based in part on:  the results of an investigation Your Affiant has conducted to-date; information provided by FBI Special Agents and Intelligence Analysts; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, government officials, and employees of non-profit organizations; information gathered from the service of administrative subpoenas; the results of physical surveillance conducted by federal agents; independent investigation and analysis by FBI Special Agents, Intelligence Analysts and computer forensic professionals; and my experience, training and background as a Special Agent with the FBI.  This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

## STATUTORY AUTHORITY

4.      Title 18, United States Code, Section 2256(8) defines "Child Pornography" as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit

2

conduct."

5.     Title 18, United States Code, Section 2256(2) defines "sexually explicit conduct" as actual or simulated:

      (i)     Sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

      (ii)    Bestiality;

      (iii)   Masturbation;

      (iv)   Sadistic or masochistic abuse; or

      (v)    Lascivious exhibition of the genitals or pubic area of any person.

6.     Title 18, United States Code, Section 2256(5) defines "visual depiction" as including undeveloped film and videotape, and data stored on computer disk or by electronic means that is capable of conversion into a visual image.

7.     Title 18, United States Code, Section 2256(1) defines the term "minor" as any person under the age of eighteen years.

8.     Title 18, United States Code, Section 2251(a) prohibits a person employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means

3

or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## THE FBI-CRIMINAL INVESTIGATIVE DIVISION VIOLENT CRIMES AGAINST CHILDREN - STRATEGIC INITIATIVES UNIT AND "OPERATION RESCUE ME"

9.    The FBI Criminal Investigative Division ("CID") Violent Crimes Against Children ("VCAC") – Strategic Initiatives Unit ("SIU") maintains responsibility for a program referred to as "Operation Rescue Me" (hereinafter referred to as "ORM").  ORM represents a strategic partnership between FBI Headquarters and the National Center for Missing and Exploited Children ("NCMEC").  ORM is described as an aggressive initiative that focuses on determining the identities of child victims depicted in child exploitation material and child pornography.  Methods employed by the ORM initiative to identify child victims involve a concentrated effort to exploit clues and/or information observed in the background of child pornography images and videos, leading first to the identification and rescue of child victims, and second to the capture of the perpetrator.  As part of the ORM initiative, personnel assigned to ORM meet regularly with representatives from NCMEC to review existing cases, and obtain new case information, for child pornography meeting the criteria for inclusion into ORM's efforts.  Criteria that is evaluated when determining cases that will be accepted by ORM include such factors as:  the age of victim(s); evidence indicating the images or videos were recently produced; if the location of the sexual victimization appears to be in the victim's home or familiar setting to the child/children; indicators that the child/children appear to be in imminent danger; and the egregiousness of the activity depicted in the images or videos.

4

10.     In December of 2016, NCMEC referred the child exploitation series "WhiteHairBeads" – described in more detail below – to the FBI-ORM program.  An ORM summary of the "WhiteHairBeads" child exploitation series, later provided to Your Affiant on January 27, 2017, indicated the series consisted of two videos of apparent child sexual exploitation of a prepubescent African American female ("CHILD-1") – described below as VIDEO-1 and VIDEO-2.  A second prepubescent African American female ("CHILD-2") was also observed in the two videos, but appeared to be asleep and not involved in the sexual activities involving CHILD-1.  In addition, the videos depicted an adult African American male with black hair styled in dreadlocks and who had a tattoo of what appeared to read                    on his upper-left chest ("OFFENDER-1").

11.     VIDEO-1 and VIDEO-2 were seized pursuant to two related FBI investigations: one in the Western District of Virginia and the other in Northern District of Georgia.  In particular, based on these investigations, I know that two subjects – one in each district – were communicating via Kik Messenger on October 25, 2015, and October 26, 2015.  In these communications, the subject in the Western District of Virginia (who was using the user name "mariod57 Tiny Thots") sent the subject in the Northern District of Georgia (who was using the user name "bigdick4cutie UmThe Plug") a link to a cloud account with Dropbox indicative of containing VIDEO-1.[1]   In reply, the subject in the Western District of Virginia (who was using the username bigdick4cutie UmThe Plug) sent the subject who was using the user name mariod57 Tiny Thots a link to a cloud account with Dropbox indicative of containing VIDEO-2.  After receiving the link to VIDEO-2,

---

[1] Kik Messenger is a proprietary instant messenger software application for mobile devices that allows its users to maintain anonymity.  Dropbox is a file hosting service that allows users to store digital content remotely using the internet or an interstate cellular network.  These digital files can then be shared using the internet or an interstate cellular network.

mariod57 Tiny Thots responded "Yes I got DAT one" – indicating that he had the video – and responded "Nice anymore." Neither of these subjects is TORON CROCKER, the individual who I believe to be OFFENDER-1, as set forth below. Based on the above circumstances, as well as my training and experience, I believe that VIDEO-1 and VIDEO-2 were transported across state lines using the internet and/or an interstate cellular network. Thus, there is probable cause that the videos have "actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce" as set forth in 18 U.S.C. § 2251(a).[2]

      12.    ORM's search of the social media website "Facebook" for profiles containing the name "                    resulted in the discovery of a profile for an adult African American female named "                    located at the website address "https://www.facebook.com/                    " A review of the publicly available information contained in the Facebook profile revealed the user of account "                    likely had two daughters:                    and The faces displayed in various photographs of the user's suspected daughters in the Facebook profile for "                    " appeared similar to those of CHILD-1 and CHILD-2 portrayed in the "WhiteHairBeads" child exploitation series.

      13.    Further research of publicly available information contained in the Facebook profile "                    revealed the user of the account appeared to have several associates by the last name of "P                    " based on comments posted to photographs made available by the user.

---

[2] Moreover, I know from my training and experience that the vast majority of digital cameras – including those in cell phones – are composed of parts manufactured in more than one state or country. Thus, VIDEO-1 and VIDEO-2 were produced "using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means" pursuant to 18 U.S.C. § 2251(a).

This, coupled with the profile's website address "https://www.facebook.com/t                   ," led ORM to believe that the true name of the account's user was "T        M        P        " and the user was possibly the mother of CHILD-1 and CHILD-2 portrayed in the "WhiteHairBeads" child exploitation series.

14.     A search of open source information and law enforcement databases against the name "T        M        P        resulted in the identification of an individual with this name and a date of birth in 1988 who was associated with the address of

Wilmington, Delaware 19805 as recently as January of 2017. Further research against the name "T        M        P        ," including social media applications such as "MySpace," "Google+," and "YouTube," revealed several profile and  publicly available photographs of an individual who appeared to be the same adult African American female displayed in the profile photograph for the Facebook account "                        " suspected by ORM to be "T        M        P        " of

Wilmington, Delaware 19805.

15.     A review of the MySpace social media profile for the user "T        M        P        " revealed that the user of the account was associated with another MySpace account user "TooDeep,"     whose     profile     was     maintained     at     the     website     address "https://www.myspace.com/toodeeptc".     The profile photograph posted by the user of the MySpace account "TooDeep" was of an African American adult male whose face was similar to the face of OFFENDER-1 portrayed in the "WhiteHairBeads" child exploitation series.

16.     Further review of publicly available information posted by the user of MySpace account "TooDeep" revealed a photograph of six children, one of who appeared to be the same African American male portrayed in the profile photograph for the account, only at a younger age.

7

This photograph was labeled with the word "Toron".

17.    A subsequent review of the information obtained from a query of law enforcement databases revealed that the individual named "T       M       P       " associated with the address                        Wilmington, Delaware 19805, had an associate named "Toron Crocker" who had a date of birth XX/XX/1985 and was associated with the address                 Wilmington, Delaware 19806 as recently as January of 2017.[3]

18.    A query of the name "Toron Crocker" in the social media website "Facebook" revealed    a    profile    utilizing    this    name    at    the    website    address "https://www.facebook.com/toron.crocker."  The profile photograph posted by the user of the Facebook account "Toron Crocker" depicted an adult African American male with a face appearing to be the same as that of OFFENDER-1 in the "WhiteHairBeads" child exploitation series.

19.    A review of publicly available photographs posted by the user of the Facebook account "Toron Crocker" revealed a photograph of an adult African American male, appearing to be the same adult African American male portrayed in the user's profile photograph, displaying his chest which was marked by a tattoo which read                      The tattoo displayed in the photograph posted by the user of the Facebook account "Toron Crocker" appeared to be an identical match in size, shape, and appearance, to the tattoo on the upper-left chest of OFFENDER-1 portrayed in the "WhiteHairBeads" series of child exploitation.

20.    Further review of the Facebook account "Toron Crocker" revealed several

---

[3] Whenever a date of birth sets forth the month and day as "XX/XX," the actual date is known to Your Affiant, but not included herein so as to avoid including personal identifying information in a court document.

additional photographs of an African American male, appearing to be the same person displayed in the account's profile photograph, posing with children who strongly resemble CHILD-1 and CHILD-2 portrayed in the "WhiteHairBeads" child exploitation series.

21.     On January 27, 2017, the FBI-Baltimore Division, and Your Affiant, were made aware of the aforementioned results of NCMEC's and FBI-ORM's efforts to identify CHILD-1, CHILD-2, and OFFENDER-1 portrayed in the "WhiteHairBeads" series of child exploitation. On this date, Your Affiant reviewed two videos from the "WhiteHairBeads" child exploitation series contained in the information provided to the FBI-Baltimore Division by ORM, which revealed the following:

a.     **File     Name:     N01322894_V1-TA99954_baf2b1d0-e3a6-4469-9bfa-d1e366bfa9c3_20161229.mp4 ("VIDEO-1")** – This file contains a video approximately 49 seconds in length and appears to Your Affiant to be synonymous with the file "baf2b1d0-e3a6-4469-9bfa-d1e366bfa9c3.mp4" referenced elsewhere in NCMEC and ORM reports. The video portrays CHILD-1 – a prepubescent African American female – performing oral sex on an adult African American male (OFFENDER-1) on a bed in what appears to be a bedroom of a residence. A second African American child (CHILD-2) is asleep next to CHILD-1 and OFFENDER-1. CHILD-1 has black braided hair with numerous white beads and is wearing a white shirt with what appears to be blue and yellow stripes. CHILD-2 has black hair and is wearing a green top. OFFENDER-1 is wearing green or gray pants with an elastic band and black and white plaid underwear. OFFENDER-1 exposes his penis and masturbates for a short period of time, after-which CHILD-1 grasps his penis and performs oral sex on it. Approximately 47 seconds into the video, OFFENDER-1 looks at the camera which reveals his full bearded face and his bare chest,

9

which is marked with a tattoo that reads                    above his left pectoral muscle.   The

manner in which OFFENDER-1 looks at the camera is consistent with OFFENDER-1 being aware

of the camera and in fact using it to make the recording in question.   Moreover, the manner in

which the video was taken is consistent with it being produced using a hand-held video camera,

such as that included in a cell phone.

> b.   **File Name:**

**N01322895_V1_TA100502_00A344DFCCF13F77D954EBF7DE41C70D_20161219.mp4**

(**"VIDEO-2"**) – This file contains a video approximately 1 minute and 35 seconds in length, and

appears to Your Affiant to be synonymous with the file "VID_20151007_221434.mp4" referenced

elsewhere in NCMEC and ORM reports. The video portrays an African American female child,

who appears to be the same person as CHILD-1, straddling an adult African American male, who

resembles the same person as OFFENDER-1, as OFFENDER-1 rubs his erect penis on the child's

nude buttocks.  CHILD-1 and OFFENDER-1 appear to be on a bed in a bedroom of a residence.

A second African American child, who appears to be the same person as CHILD-2, is asleep on

the bed next to CHILD-1 and OFFENDER-1.  CHILD-1 is nude from the waist down, is wearing

only a plain white top, and has black braided hair with numerous white beads.  CHILD-2 has black

hair and is wearing a green jacket, blue shirt, and tan pants.  CHILD-1 and OFFENDER-1 look at

the camera as CHILD-1 moves her hips in a rocking motion against the groin and erect penis of

OFFENDER-1 as she grabs her buttocks with her right hand.  The manner in which OFFENDER-

1 looks at the camera is consistent with OFFENDER-1 being aware of the camera and using it to

make the recording in question.  Moreover, the manner in which the video was taken is consistent

with it being produced using a hand-held video camera, such as that included in a cell phone.

OFFENDER-1 grasps his erect penis and rubs it against CHILD-1's buttocks as she moves.

22.     A        review        of        the        file        entitled
"SeenBefore_WhiteHairBeads_positive_12292016.pdf," which contains a NCMEC "Seen Before Report" dated December 29, 2016, revealed that the two aforementioned videos contained in the "WhiteHairBeads" series of child exploitation were recovered by law enforcement agencies during at least three separate child pornography investigations.  Additionally, based on the NCMEC report entitled "CVIP Image Analysis Report: WhiteHairBeads," dated December 29, 2016, NCMEC's inquiries with the law enforcement agencies that conducted these investigations revealed that CHILD-1, CHILD-2, and OFFENDER-1 portrayed in the "WhiteHairBeads" child exploitation series had not been positively identified as of December 29, 2016.

23.     On January 31, 2017, Your Affiant provided a certified FBI IT Forensic Examiner with a copy of the aforementioned NCMEC report entitled "CVIP Image Analysis Report "WhiteHairBeads," dated December 29, 2017, to review the information contained in a section of the report entitled "EXIF Information" which was published on Page 5 of the report.  More specifically, the IT Forensic Examiner was requested to review the contents of this section to assess the likelihood that the file of child pornography entitled "VID_20151007_221434.mp4" described above as "VIDEO-2" was manufactured on or about October 8, 2015.  On January 31, 2017, the IT Forensic Examiner informed Your Affiant that, based on the file name "VID_20151007_221434.mp4" and associated embedded metadata which indicated a file creation date of "2015:10:08 02:15:36" and file modification date of "2015:10:08 02:15:36," the associated video of child pornography bearing this file name was most likely manufactured on October 8, 2015.

11

24. On January 30, 2017, an intelligence analyst for the High Intensity Drug Trafficking Area ("HIDTA") Group for New Castle County provided Your Affiant with an intelligence assessment on a person named TORON CROCKER with the same date of birth XX/XX/1985 set forth above and Social Security Account Number XXX-XX-6542.[4] A review of this report revealed TORON CROCKER was previously arrested on criminal offenses including theft, possession of narcotics, and numerous traffic violations. As a result, as described in more detail below, CROCKER had booking photographs and was on probation with the Delaware Department of Corrections – Probation and Parole Office.

25. Furthermore, the aforementioned HIDTA intelligence report indicated that TORON CROCKER was associated with several historical police complaints involving domestic violence and terroristic threats which reference "T      M      P      " (Date of Birth: XX/XX/1988) and two children of TORON CROCKER and T      M      P      – namely, MINOR-1 (known to law enforcement to be an 8-year-old female) and MINOR-2 (known to law enforcement to be 10-year-old female). The name of MINOR-2 is the same as the tattoo which reads                on OFFENDER-1's upper-left chest in the "WhiteHairBeads" series of child exploitation. Based upon my review of VIDEO-1 and VIDEO-2, as well as accessible photographs of MINOR-1 and MINOR-2 available on social media, CHILD-1 is the same person as MINOR-1, and CHILD-2 is the same person as MINOR-2.

26. On January 31, 2017, an employee assigned to the Delaware Department of Corrections – Probation and Parole Office located in New Castle, Delaware confirmed to Your

---

[4] Whenever a Social Security sets forth the first five numbers as "XXX-XX," the actual number is known to Your Affiant, but not included herein so as to avoid including personal identifying information in a court document.

Affiant that an individual named TORON CROCKER with the same date of birth of XX/XX/1985 and Social Security Account Number XXX-XX-6542 set forth above, was actively on probation in the State of Delaware.   This employee informed Your Affiant that a report maintained in TORON CROCKER's probation file indicated that, in May of 2016, CROCKER informed his assigned Probation Officer that two children, with names and dates of birth matching those for MINOR-1 and MINOR-2, lived with him at                              Wilmington, Delaware 19801.

27.   A query of records maintained by the Delaware Criminal Justice Information System, conducted on January 30, 2017, against the name "TORON CROCKER," with the same date of birth "XX/XX/1985 and Social Security Account Number "XXX-XX-6542" set forth above, revealed several law enforcement post-arrest booking photographs for an African American male who's face appears to match that of OFFENDER-1 in the "WhiteHairBeads" series of child exploitation and the user of Facebook account "Toron Crocker."   In one of the photographs, TORON CROCKER exposed his upper-left chest to the camera to capture a tattoo which read                              The tattoo captured in this image matches the tattoo on the upper-left chest of OFFENDER-1 in the "WhiteHairBeads" series of child exploitation.

13

28.   A copy of the post-arrest booking photographs for TORON CROCKER, as previously described, are here:

Page 1 of 1



Page 1 of 1



https://appsprod.deljis.state.de.us/Sites/WebApps/RapSheet/mugshots/e8he1r9a2112-4e4...   1/30/2017

https://appsprod.deljis.state.de.us/Sites/WebApps/RapSheet/mugshots/5d037dd7-3e16-4de...   1/30/2017

14

For comparison purposes, an image of OFFENDER-1 taken from VIDEO-1 is here:[5]



---

[5] The face of CHILD-2 has been redacted.

29.     On February 1, 2017, Your Affiant met with an employee of the Delaware Department of Corrections – Probation and Parole Office, at which time the two aforementioned videos contained in the "WhiteHairBeads" series of child exploitation – namely, VIDEO-1 and VIDEO-2 – and several images captured from these videos, were reviewed with the employee. Upon a review of these videos and images, the employee confirmed that OFFENDER-1 portrayed in the "WhiteHairBeads" series of child exploitation is the same person named TORON CROCKER, with the same date of birth "XX/XX/1985" and Social Security Account Number "XXX-XX-6542" set forth above, who is on probation in the State of Delaware and supervised by the Delaware Department of Corrections – Probation and Parole Office located in New Castle, Delaware.

30.     On January 30, 2017, Your Affiant received a copy of a New Castle County Police Department report (Complaint No. 32-16-001574), which indicated that on January 6, 2016, a New Castle County Police Department officer was dispatched to the address of Wilmington, Delaware 19805 in response to an "abuse incident." The responding officer made contact with the reporting party, an employee of the Delaware Department of Family Services ("DFS"), who indicated that they received a telephone call from a person named "T        P        " (with the same date of birth set forth above: XX/XX/1982) who informed the DFS employee that her two daughters, with names and dates of birth matching those for MINOR-1 and MINOR-2, were made to perform sexual acts on their father, "TORON CROCKER" (with the same date of birth set forth above: XX/XX/1985). The DFS employee advised that P        opined that the incident occurred approximately two years prior and that TORON CROCKER lived at the address

16

Wilmington, Delaware 19805 at that time the offenses occurred. More specifically, the report indicated that P        informed the reporting DFS employee that her daughters (believed by Your Affiant to be MINOR-1 and MINOR-2 based on matching names and dates of birth) were told by TORON CROCKER to make "him feel good" and then told to "put their mouths on his genitals." The DFS employee informed the responding New Castle County Police Department officer that TORON CROCKER did not live with T        P        or her two daughters, at P        address of                          Wilmington, Delaware 19805 at the time the complaint was filed. The New Castle County Police Department conducted an investigation of the matter and, ultimately, P        daughters participated in child forensic interviews on February 23, 2016, at the A.I. Dupont Hospital's Child Advocacy Center located in Newark, Delaware. During these interviews, neither child disclosed inappropriate sexual contact with TORON CROCKER and the investigation was closed.[6]

31.     A query of open source information and law enforcement databases conducted on or about January 30, 2017, revealed that TORON CROCKER, with the same date of birth "XX/XX/1985 and Social Security Account Number "XXX-XX-6542" set forth above, was associated with an address of                          Wilmington, Delaware 19805 from approximately April of 2013 to May of 2016.

32.     On February 7, 2016, the Honorable Sherry R. Fallon in the District of Delaware signed a search warrant for the person of TORON CROCKER. Your Affiant executed this search warrant on TORON CROCKER on February 8, 2016, at the Delaware Probation and Parole Office

---

[6] Based upon my training and experience, I know that children who are abused do not always disclose that abuse during a forensic interview. Whether or not a disclosure is made may depend on a variety of factors.

17

located at 26 Parkway Circle, New Castle, Delaware 19720.  Pursuant to that warrant, Your Affiant

observed that on his upper-left chest area, CROCKER had a tattoo which read

similar to the photos included herein.

      33.     Thereafter, CROCKER gave a recorded, post-*Miranda* statement to Your Affiant.

CROCKER admitted that he was the man in VIDEO-1 and VIDEO-2 having sexual contact with

the prepubescent girl, who he identified as CHILD-1.  CROCKER indicated that the videos were

filmed in 2014 or 2015 at his mother's residence, for which he provided an address in New Castle,

Delaware.  CROCKER stated that the videos were produced using a cell phone video camera and

that he later uploaded the videos on to a Dropbox account.  CROCKER stated that he created this

Dropbox account at the behest of a child pornography collector who he had been communicating

with over the internet.  CROCKER also admitted that he provided the username and password for

his Dropbox account to this individual.

      34.     CROCKER further admitted that he first had sexual contact with his two daughters

in 2011, when the two girls performed oral sex on him.  He also stated that he had regular sexual

contact with them since that time – in a manner similar to VIDEO-2 – the last being approximately

three weeks ago.  CROCKER admitted that he produced between six (6) to eight (8) other videos

of this activity.

18

## CONCLUSION

35.     For all of the reasons stated herein, there is probable cause to believe that TORON

CROCKER produced child pornography, in violation of Title 18, United States Code, Sections

2251(a) and (e).

Respectfully submitted,

Special Agent Michael Lipsner
Federal Bureau of Investigation

Sworn to me this ___8th___ day of February, 2017.

The Honorable Sherry R. Fallon
United States Magistrate Judge

19