LAW OFFICES
OF
# ROCCO C. CIPPARONE, JR.

| ROCCO C. CIPPARONE, JR.☐◊† | ☐ | CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CRIMINAL TRIAL ATTORNEY |
|---|---|---|
| | ◊ | ADMITTED TO PRACTICE IN NJ, PA & FEDERAL COURTS IN NJ, PA & MICH. |
| | † | FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS |

September 15, 2021

**Sent by ECF**

The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124
Wilmington, DE 19801

        RE:    United States vs. Toron Crocker
                 Crim. No.:  17-10-LPS

Dear Judge Stark:

      After we concluded court today, Mr. Crocker requested that I communicate that he would like Your Honor to appoint substitute counsel as he no longer wishes to proceed with me as his counsel.  I am communicating this request on behalf of Mr. Crocker as he advised me that he has limited ability to send letters currently from the FDC because he is presently being housed in the Special Housing Unit.  Mr. Crocker presumably will advise the Court of his reasons upon any hearing the Court will set up in this regard.

                                          Very Truly Yours,
                                          ***LAW OFFICES OF ROCCO C. CIPPARONE, JR.***

                        BY:    <u>/s/ Rocco C. Cipparone, Jr.</u>
                               Rocco C. Cipparone, Jr., Esquire

RCC/mmc

c:    AUSA Shawn Weede by ECF
      Toron Crocker (sent by mail)

---

PLEASE REPLY TO NJ OFFICE

203-205 BLACK HORSE PIKE                                                    806 REED STREET
HADDON HEIGHTS, NJ 08035                                                PHILA., PA 19147
(856) 547-2100                                   FAX: (856) 547-2225                            BY APPOINTMENT ONLY

*WWW.CIPPARONELAW.COM*