IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 17-10-LPS |
| | ) | |
| TORON O. CROCKER, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 30th day of **September, 2021,** having held a Status Telephone Conference with the parties on September 28, 2021,

IT IS HEREBY ORDERED that the jury trial is continued to **Tuesday, October 12, 2021** at **9:00 a.m.**, in Courtroom 6B. Counsel shall be present in the Courtroom at **8:30 a.m.** on that day and each succeeding day of the trial.

IT IS FURTHER ORDERED that the time from October 4, 2021 until October 12, 2021 is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

_____
UNITED STATES DISTRICT JUDGE